**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 72 WM 2017

Respondent :

v. :

WILLIAM JOSEPH ALBERSTADT, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.